# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL FRANK SCHOWACHERT,<br><br>  Plaintiff,<br><br>  v.<br><br>POLLEY,<br><br>  Defendant. | Case No. 1:25-cv-00121-JLT-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SUBMIT EVIDENCE<br><br>(ECF No. 9) |

Plaintiff John Paul Frank Schowachert ("Plaintiff") is state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. Plaintiff's complaint has not yet been screened. Currently pending are the Court's February 5, 2025 findings and recommendations recommending that Plaintiff's motion for leave to proceed *in forma pauperis* be denied. (ECF No. 7.)

On February 12, 2025, Plaintiff filed a motion to submit evidence, with attached exhibits. (ECF No. 9.) Plaintiff moves to submit proof of his injuries in support of the claims in his complaint. (*Id.*)

As explained in the Court's January 29, 2025 first informational order, the Court cannot serve as a storage for the parties' evidence. (ECF No. 4, p. 3.) Parties may not file evidence with the Court until the course of litigation brings the evidence into question. **Plaintiff is reminded that evidence improperly submitted to the Court may be stricken or returned.**

1

1     The undersigned has recommended that Plaintiff's motion for leave to proceed *in forma pauperis* be denied and that Plaintiff be required to submit the filing fee in full to proceed with this action. Plaintiff's motion and proposed evidence do not address those findings and recommendations or Plaintiff's *in forma pauperis* application. There are no other pending matters that would require Plaintiff to submit evidence to be entered on the Court's docket at this time. Plaintiff should not submit evidence unless it is connected to a motion that is making a specific request for relief that needs evidentiary support, such as a motion for summary judgment.

    Based on the foregoing, Plaintiff's motion to submit evidence, (ECF No. 9), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **February 18, 2025**       /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE