**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL FRANK SCHOWACHERT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>POLLEY,<br><br>　　　　DefendanT. | Case No.  1:25-cv-00121-JLT-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO DISMISS<br><br>(ECF No. 15) |

　　　　Plaintiff John Paul Frank Schowachert ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  On March 4, 2025, the assigned District Judge adopted the findings and recommendations to deny Plaintiff's motion to proceed *in forma pauperis* and directed Plaintiff to pay in full the $405.00 filing fee if he wishes to proceed with this action.  (ECF No. 14.)

　　　　On March 12, 2025, Plaintiff filed a Motion to Dismiss.  (ECF No. 15.)  Plaintiff moves to dismiss this action, without prejudice, stating that he cannot pay to proceed and that due to a brain injury he did not know he had two cases open.  (*Id.*)

　　　　"[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment."  *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is

1

required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Id.* at 1078. No defendant has been served in this action and no defendant has filed an answer or motion for summary judgment.

Accordingly, this action is terminated, without prejudice, by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate all pending motions and close this case.

IT IS SO ORDERED.

Dated: __**March 12, 2025**__          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2